# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TREDELL BARNES,<br><br>Defendant. | Criminal Action No.: 04-cr-518-JCL-01<br><br>**ORDER** |

The Court has received and reviewed Defendant Tredell Barnes' letter motion [docket entry #40] to modify order relating to his restitution payments. After consideration of Defendant's request and the Government's communication to this Court in opposition to same dated September 2, 2009 [docket entry #42], it is hereby ordered that Defendant TREDELL BARNES' request is DENIED.

Dated: September 8, 2009

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE