PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tredell Barnes

**Docket Number:** 04-00518-002
**PACTS Number:** 40065

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/18/2005

**Original Offense:** BANK ROBBERY BY FORCE OR VIOLENCE

**Original Sentence:** 96 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 08/26/11

**Assistant U.S. Attorney:** Rahul Agarwal and Robert Frazer, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

# PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT** <br><br>**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'** <br><br>The offender was transported to the John Brooks Recovery Center in Atlantic |

PROB 12C - Page 2
Tredell Barnes

City, New Jersey on May 16, 2012 to begin long term inpatient drug treatment.

On May 29, 2012, the offender's case manager contacted this officer to advise that on May 25, 2012 the offender tested positive for benzodiazepines and on May 26, 2012 the offender "walked out" of treatment.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Blair C. Janulis
U.S. Probation Officer
Date:  5/30/12

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons.  Date of Hearing: _____.
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

_____
6/4/12
Date