NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>TREDELL BARNES,<br><br>        Defendant. | Crim. No.: 04-518 (JLL)<br><br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Defendant's request for a copy of his Sentencing Transcript, Plea Hearing Transcript and the docket sheet in this matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A [Docket Entry No. 55], and it appearing that Defendant Barnes is represented by counsel,

**IT IS** on this 13th day of September, 2012,

**ORDERED** that Defendant's request is **denied without prejudice**. Any requests for documents should be made through Defendant's attorney of record, Kevin Carlucci, Assistant Federal Public Defender.

**IT IS SO ORDERED.**

               /s/ Jose L. Linares
               Jose L. Linares
               United States District Judge